Stuart A. Krause
Benjamin H. Green
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

Attorneys for Defendant
 *Citibank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELINDA ACEVADO AND JACQUELINE LOPEZ, individually and on behalf all others similarly situated,<br><br>                                    Plaintiffs,<br><br>             - against -<br><br>CITIBANK, N.A.<br><br>                                    Defendant. | Case No.: 10 CIV 8030 (PGG)<br><br>**NOTICE OF MOTION** |

TAKE NOTICE, that upon the Declaration of Benjamin H. Green dated June 5, 2012, and the exhibits attached thereto, the accompanying Memorandum of law in support and on all pleadings and proceedings hereto had herein, defendant Citibank, N.A. ("Citibank") shall make a motion before the Honorable Paul G. Gardephe, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) and for such other relief as is just.

TAKE FURTHER NOTICE, that opposing papers, if any, are to be served on the undersigned by July 3, 2012 and Citibank's reply is to be served on or before July

13, 2012 pursuant to the schedule stipulated to by the parties by stipulation dated May 3, 2012, and so ordered by the Court on May 10, 2012.

Dated: New York, New York
June 5, 2012

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Benjamin H. Green
David S.S. Hamilton
Attorneys for Defendant
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

TO: G. OLIVER KOPPELL & ASSOCIATES
Attorneys for Plaintiffs
99 Park Avenue, 3rd Floor
New York, New York 10016

CHARLES JUNTIKA & ASSOCIATES, LLP
Attorneys for Plaintiffs
350 Fifth Avenue, Suite 2212
New York, New York 10118