```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/15
```

Gondephe, P

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CELINDA ACEVADO and JACQUELINE
LOPEZ, Individually and on behalf
of all others similarly situated,

                Plaintiffs,

- against -

CITIBANK, N.A.,

                Defendant.

Case No.:10 CIV 8030 (PGG)

**STIPULATION**

---

IT IS HEREBY STIPULATED by and between counsel for the undersigned parties that the time of defendant Citibank, N.A. to respond to Plaintiffs' renewed motion for leave to file a second amended complaint is extended from May 6, 2015 to May 20, 2015. Plaintiffs' time to reply to the motion is extended to June 5, 2015;

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and that facsimile copies shall be deemed originals for all purposes.

There has been one previous request for an extension of time (i) for Citibank to serve a response to plaintiffs' renewed motion to amend from April 20, 2015 to May 6, 2015, and (ii) for plaintiff to reply, which requests were granted.

Dated: New York, New York
May 5, 2015

| | |
|---|---|
| LAW OFFICES OF G. OLIVER KOPPELL & ASSOCIATES | ZEICHNER ELLMAN & KRAUSE LLP |
| By: _/s/_____<br>G. Oliver Koppell<br>Daniel F. Schreck<br>Attorney for Plaintiffs<br>Celinda Acevado, Individually and on behalf of all others similarly situated.<br>99 Park Avenue., Suite 1100<br>New York, New York 10016<br>(212) 867-3838 | By: _/s/ D Hamilton_____<br>Benjamin H. Green<br>David S.S. Hamilton<br>Attorneys for Defendant<br>Attorneys for Citibank, N.A.<br>1211 Avenue of the Americas<br>New York, New York 10036<br>(212) 223-0400 |

SO ORDERED

_/s/ Paul G. Gardephe_____  May 5, 2015
U.S.D.J.