UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CELINDA ACEVADO and JACQUELINE LOPEZ,
Individually and on behalf of all others similarly situated,   **NOTICE OF MOTION**

                        Plaintiffs,

                                                        Case No. 10-cv-08030 (PGG)

       -against-

CITIBANK, N.A.,

                        Defendant.
-------------------------------------------------------------------X

**TO:**   Benjamin H Green, Esq.
        Zeichner Ellman & Krause LLP
        35 Mason Street
        Greenwich, Connecticut 06830

        **PLEASE TAKE NOTICE**, that upon the accompanying Declaration of G. Oliver Koppell, the Memorandum of Law in Support of Plaintiffs' Renewed Motion for Leave to File a Second Amended Complaint and all other pleadings and proceedings herein, Plaintiffs, shall move before the Honorable Paul G. Gardephe, United States District Judge, on a date and time to be determined by the Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Fed.R.Civ.P. 15(a)(2) granting Plaintiffs leave to file a Second Amended Complaint, together with any other further relief this Court deems just and proper.

Dated:  New York, New York
          April 2, 2015

                                                  Law Offices of G. Oliver Koppell & Associates
                                                By:       /s/
                                                 G. Oliver Koppell (GOK-4851)
                                               Daniel F Schreck (DS-7680)
                                               *Attorneys for Plaintiffs*
                                               99 Park Ave., Suite 1100

New York, New York 10016

Charles Juntikka (CJ-4689)
Charles Juntikka & Associates, LLP
350 Fifth Avenue, Suite 2212
New York, New York 10118
(212) 315-3755