UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CELINDA ACEVADO and JACQUELINE LOPEZ,
Individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

CITIBANK, N.A.,

Defendant.
-----------------------------------------------------------------X

**REPLY DECLARATION OF G. OLIVER KOPPELL**

Case No. 10-cv-08030 (PGG)

I, G. Oliver Koppell, declare and say as follows:

1. I am an attorney duly licensed to practice in the courts of the State of New York. I am the principal of the Law Offices of G. Oliver Koppell & Associates, counsel for Plaintiffs and the putative class in this action.

2. I submit this Declaration in further support of Plaintiffs' Renewed Motion for Leave to File a Second Amended Complaint.

3. The Defendant has stated that it does not oppose Plaintiffs' motion (Declaration of Benjamin H. Green dated May 20, 2015 at ¶2). Accordingly, Plaintiffs' motion should be granted in all respects. Plaintiffs further request the scheduling of a conference pursuant to Rule 16 following the filing of Defendant's Answer.

Wherefore, Plaintiffs respectfully request that Plaintiffs' motion be granted in all respects.

Dated: New York, New York
       May 20, 2015

/s/
G. Oliver Koppell (GOK-4851)