USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CELINDA ACEVADO and JACQUELINE LOPEZ, individually and on behalf of all others similarly situated,

       Plaintiffs,

- against -

CITIBANK, N.A.,

       Defendant.

**ORDER**

10 Civ. 8030 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

   It is hereby ORDERED that Plaintiffs' motion for leave to file a Second Amended Complaint (Dkt. No. 84) is granted. Plaintiffs shall file the Second Amended Complaint within seven days of this Order. Defendant shall file responsive pleadings in accordance with this Court's Individual Rules of Practice within 21 days of the filing of the Second Amended Complaint. The Court will hold a conference in this matter on **October 22, 2015 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The Clerk of the Court is directed to terminate the motion (Dkt. No. 84).

Dated: New York, New York
   September 15, 2015

          SO ORDERED.

          _____
          Paul G. Gardephe
          United States District Judge