Benjamin H. Green
Tracee E. Davis
David S.S. Hamilton
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

Attorneys for Defendant
*Citibank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELINDA ACEVADO AND JACQUELINE LOPEZ, individually and on behalf all others similarly situated,<br><br>       Plaintiffs,<br><br>  - against -<br><br>CITIBANK, N.A.,<br><br>       Defendant. | Civil Action No.: 10 CIV 8030 (PGG)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

  ENTER my appearance as counsel in this case for defendant Citibank, N.A. I certify that I am admitted to practice in this Court.

 Dated: New York, New York
     October 8, 2015

              ZEICHNER ELLMAN & KRAUSE LLP

              By: _____
                Tracee E. Davis
                Attorneys for Defendant
                 Citibank, N.A.
                1211 Avenue of the Americas
                New York, New York 10036
                (212) 223-0400

#829581/5015.345