```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CELINDA ACEVADO and JACQUELINE LOPEZ, individually and on behalf of all others similarly situated,

                      Plaintiffs,

- against -

CITIBANK, N.A.,

                      Defendant.

**ORDER**

10 Civ. 8030 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the following schedule will apply to Defendant's motion to dismiss the Second Amended Complaint:

        1. Defendant's motion is due on **November 10, 2015**;

        2. Plaintiffs' opposition is due **December 7, 2015**; and

        3. Any reply is due **December 14, 2015**.

        The conference presently scheduled for October 22, 2015 is adjourned sine die.

The Clerk of the Court is directed to terminate Dkt. No. 92.

Dated: New York, New York
       October 19, 2015

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge