# ZEICHNER ELLMAN & KRAUSE LLP

35 MASON STREET
GREENWICH, CONNECTICUT 06830
(203) 622-0900
FAX (203) 862-9889
www.zeklaw.com

1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
(212) 223-0400
FAX (212) 753-0396

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX (973) 364-9960

BENJAMIN H. GREEN
(203) 489-1231
bgreen@zeklaw.com



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/15

November 6, 2015

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

_Paul G. Gardephe_
Paul G. Gardephe, U.S.D.J.

Dated: Nov. 9, 2015

**BY ELECTRONIC CASE FILING**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007

**Acevado, et al. v. Citibank, N.A.**
**Case No. 10 CV 8030 (PGG)**

Dear Judge Gardephe:

We are counsel to defendant Citibank, N.A. ("Citibank") and respectfully request that Citibank's time to file its motion to dismiss the Second Amended Complaint (the "Motion") be extended, and that the parties be permitted to enter into the following briefing schedule:

- Citibank's motion to be filed on or before December 1, 2015 (presently due on November 10, 2015);

- Plaintiffs' opposition due on or before December 29, 2015;

- Citibank's reply due on or before January 15, 2016

ZEICHNER ELLMAN & KRAUSE LLP

Honorable Paul G. Gardephe
November 6, 2015
Page 2

There have been no previous requests for the extension of the Motion sought herein, or to engage in an agreed upon briefing schedule. Counsel for Citibank and Plaintiffs jointly make this request for a briefing schedule.

We thank the Court for its attention to this request.

Respectfully submitted,

Benjamin Green PC

Benjamin H. Green

BHG:DSH

cc:     All counsel by ECF