**ZEICHNER ELLMAN & KRAUSE LLP**
35 MASON STREET
GREENWICH, CONNECTICUT 06830
(203) 622-0900
FAX: (203) 862-9889
www.zeklaw.com

BENJAMIN H. GREEN
(203) 489-1231
bgreen@zeklaw.com

1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
(212) 223-0400
FAX: (212) 753-0396

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

November 20, 2015

**BY ELECTRONIC CASE FILING**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007

**Acevado, et al. v. Citibank, N.A.**
**Case No. 10 CV 8030 (PGG)**

Dear Judge Gardephe:

We are counsel to defendant Citibank, N.A. ("Citibank") and respectfully request that Citibank's time to file its motion to dismiss the Second Amended Complaint (the "Motion") and the parties' briefing schedule be extended by two weeks, such that Citibank's time to make the Motion is extended from December 1, 2015 to December 15, 2015; with opposition due January 12, 2016 and any reply due February 12, 2016.

We make this request as our contact at Citibank has been largely unavailable since our last extension due to a personal injury, and with the Thanksgiving holiday next week there is limited time to adequately retrieve and assemble the information needed to prepare the motion to dismiss.

ZEICHNER ELLMAN & KRAUSE LLP

Honorable Paul G. Gardephe
November 20, 2015
Page 2

      There has been one previous request for the extension of Citibank's time to make the Motion, and for a briefing schedule which was granted. Counsel for Citibank and Plaintiffs jointly make this request.

      We thank the Court for its attention to this request.

                                  Respectfully submitted,

                                  Benjamin H. Green

BHG:DSH

cc:    All counsel by ECF

#833285