# LAW OFFICES OF G. OLIVER KOPPELL & ASSOCIATES
### 99 Park Avenue – Suite 1100
### New York, NY 10016
### 212-867-3838

| G. Oliver Koppell | Facsimile | Of Counsel |
|---|---|---|
| Daniel F. Schreck | (212) 681-0810 | Lorraine Coyle |
| | Website: www.koppellaw.com | Ruth Jin |

January 11, 2016

**VIA ECF & REGULAR MAIL**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

_[signature]_
Paul G. Gardephe, U.S.D.J.

Dated: Jan. 13, 2016

Re: Acevado v. Citibank, N.A.
    Case No. 10-cv-08030

Dear Judge Gardephe,

We represent the Plaintiffs and the putative class in the above captioned action. We write to the Court to request an extension for time for Plaintiffs to respond to Defendant's Motion to Dismiss the Second Amended Complaint in this matter. This is Plaintiff's first request for an extension of time on this motion. Plaintiff's opposition is currently due January 12, 2016.

Plaintiff's counsel initially believed that we would have time to complete the opposition to this motion prior to the commencement of a trial in the Supreme Court, Nassau County on January 14, 2015. However, because of a delay in obtaining lengthy expert affidavits and the holidays, Plaintiff's counsel was only able to complete two other summary judgment motion oppositions on January 8, 2016. Unfortunately, Plaintiff's counsel will need to devote the remainder of the next two weeks to the upcoming trial which, barring any unforeseen delays, is expected to go to the jury on or about January 25th, 2016. Accordingly, Plaintiffs request an extension of time until February 12, 2016 to file their reply.

We have conferred with counsel for Defendants and they consent to the request, and respectfully ask the Court to set March 11, 2016 as their reply deadline.

We thank the Court for its attention to this matter.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/16
```

- 1 -

Respectfully submitted,

*G. Oliver Koppell*

Cc:   Counsel of Record (VIA ECF)