## LAW OFFICES OF G. OLIVER KOPPELL & ASSOCIATES
*99 Park Avenue – Suite 1100*
*New York, NY 10016*
*212-867-3838*

____

| | | |
|---|---|---|
| **G. Oliver Koppell** | **Facsimile** | **Of Counsel** |
| ____ | (212) 681-0810 | Lorraine Coyle |
| **Daniel F. Schreck** | ____ | Ruth Jin |
| | **Website:** | |
| | **www.koppellaw.com** | |

February 10, 2016

**VIA ECF & REGULAR MAIL**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

        Re:    Acevado v. Citibank, N.A.
                  <u>Case No. 10-cv-08030</u>

Dear Judge Gardephe,

      We represent the Plaintiffs and the putative class in the above captioned action. We write to the Court to request an extension for time for Plaintiffs to respond to Defendant's Motion to Dismiss the Second Amended Complaint in this matter. This is Plaintiff's second request for an extension of time on this motion. Plaintiff's opposition is currently due February 12, 2016.

      Plaintiff's counsel had cleared this week to prepare the opposition. However several urgent maters arose this week that have prevented us from completing the opposition. This week and next, several attorneys are out on vacation for all or part of the week. Accordingly, Plaintiffs request an extension of time until February 26, 2016 to file their opposition.

      We have conferred with counsel for Defendants and they consent to the request, and respectfully ask the Court to set extend their reply deadline by two weeks to March 25, 2016.

      We thank the Court for its attention to this matter.

                                                                Respectfully submitted,

                                                               /s/
                                                            Daniel F. Schreck

- 2 -

Cc: Counsel of Record (VIA ECF)